**CRIMINAL**            Tape: 3:37
**COURTROOM MINUTE SHEET**
**UNITED STATES MAGISTRATE JUDGE**

Date: 05/10/2021

**CASE NO:** 21-MJ-285STE;9247334; 9247335    **U.S.A. vs.** Dolores Pittman

**PROCEEDINGS:** __X__ INITIAL APPEARANCE __X__ ARRAIGNMENT ____ PLEA/ CHANGE OF PLEA
____ SENTENCING __X__ OTHER (Specify): IA/Arrest

**MAGISTRATE JUDGE SHON T. ERWIN**        **Courtroom Deputy: Monja Smith**

**COUNSEL FOR:**    Plaintiff KELSEY KORNBLUT, SAUSA
                 Defendant EVAN WATSON, CJA

**Minute:** Enter as above

__X__ Defendant appears in person. __X__ Is Fully apprised.      ____ Waives counsel
                                                                                                              ____ Retain counsel
__X__ Consents to be tried by U.S. Magistrate __X__ Misd. ____ Petty Offense    __X__ Request counsel be appointed
                                                                                                                    __X__ Approved ____ Denied

__X__ FRCrP5(f) REMINDER: As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice.

____ Defense counsel makes oral motion for continuance. Dft. released on her own recognizance and is released after processing.

**CHARGES AND FINES:**

Count 1    Class A: Interfere w/official on duty    Charge amended to Class _____
Count 2    Class B: Poss. alcohol    Charge amended to Class _____
Count 3    Class B: Under influence of alcohol    Charge amended to Class _____
Count ___    Class _____    Charge amended to Class _____

**PLEA:** **NOT GUILTY**                                **CONTINUED**

**Referred to Probation Office:** *Pre-Sent.* _____ *TSR* _____ *Prob* _____

**Substance Abuse Aftercare at discretion of P.O.** _____

**Drug testing as per 1994 Crime Bill** _____

Jail: _____ Defendant to report to US Marshal on _____ at _____

**Total Due:** _____
**To be paid as Follows:** _____          STATUS CONFERENCE
In Full on _____                         set for
$ _____ Monthly beginning _____     6/10/21 @ 9:45am
Other _____